UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MIDWEST MOLDING, INC.,
an Illinois corporation,

        Plaintiff,

vs.

G&B GLOBAL, LLC,
a Michigan limited liability company,
G&B DISTRIBUTION, LLC,
a Michigan limited liability company, and
G&B CAPITAL, INC.
a Michigan corporation.

        Defendants.
_____/

Case No. 14-11091

Hon. Robert H. Cleland

## DEFAULT JUDGMENT AGAINST DEFENDANTS

At a session of said Court, held in the Theodore Levin United States Courthouse in the City of Detroit, State of Michigan on:
    July 16, 2014
PRESENT: HON. ROBERT H. CLELAND
        United States District Judge

WHEREAS, Plaintiff Midwest Molding, Inc. ("MMI") having filed a Motion for Entry of Default Judgment (the "Motion") against Defendants G&B Global, LLC; G&B Distribution, LLC; and G&B Capital, Inc. (collectively, "G&B"); the Court having reviewed the Motion, the Brief in Support of the

Motion, and the Exhibits that accompanied the Motion; and the Court being otherwise fully advised in the premises.

NOW, THEREFORE, IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment is hereby entered in favor of MMI and against G&B jointly and severally in the amount of $3,541,611.97.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the provisions of the foregoing Default Judgment.

s/Robert H. Cleland<br>U.S. DISTRICT COURT JUDGE

DATED: July 16, 2014

DETROIT 58285-1 1317608v2